# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**ROBERT FORBES, JR. a/k/a Ra Ra a/k/a Henny**

**October 2019 Grand Jury**
**(Impaneled 10/11/2019)**

**INDICTMENT**

**Violations:**
Title 18, United States Code, Sections 1951(a), 924(c)(1)(A)(ii), and 2

(5 Counts)

### COUNT 1

**(Hobbs Act Conspiracy)**

**The Grand Jury Charges That:**

Between in or about March 2020, the exact date being unknown to the Grand Jury, and on or about April 1, 2020, in the Western District of New York, and elsewhere, the defendant, **ROBERT FORBES, JR. a/k/a Ra Ra a/k/a Henny**, did knowingly, willfully and unlawfully conspire with Jefery Steadman-Loyd, Eric Lowe, and others, known and unknown to the Grand Jury, to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in particular, the robbery of controlled substances and United States currency from persons engaged in, and believed to be engaged in, the unlawful possession and distribution of controlled substances.

**All in violation of Title 18, United States Code, Section 1951(a).**

## COUNT 2
### (Attempted Hobbs Act Robbery)
### The Grand Jury Further Charges That:

On or about March 25, 2020, in the Western District of New York, the defendant, **ROBERT FORBES, JR. a/k/a Ra Ra a/k/a Henny**, did unlawfully attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in particular, the attempted robbery of controlled substances and United States currency belonging to a person believed by the defendant to be engaged in the unlawful possession and distribution of controlled substances, from, and in the presence of, Victim A, a person known to the Grand Jury.

**All in violation of Title 18, United States Code, Sections 1951(a) and 2.**

## COUNT 3
### (Use of Firearm During and in Relation to a Crime of Violence)
### The Grand Jury Further Charges That:

On or about March 25, 2020, in the Western District of New York, the defendant, **ROBERT FORBES, JR. a/k/a Ra Ra a/k/a Henny**, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 2 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully use, carry and brandish, and in furtherance of such crime, did knowingly and unlawfully possess and brandish, a firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.**

## COUNT 4
### (Hobbs Act Robbery)
### The Grand Jury Further Charges That:

On or about March 26, 2020, in the Western District of New York, the defendant, **ROBERT FORBES, JR. a/k/a Ra Ra a/k/a Henny**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in particular, United States currency derived from the sale of controlled substances from, and in the presence of Victim B, a person known to the Grand Jury, a person engaged in, and believed by the defendant to be engaged in, the unlawful possession and distribution of controlled substances.

**All in violation of Title 18, United States Code, Sections 1951(a) and 2.**

## COUNT 5
### (Use of Firearm During and in Relation to a Crime of Violence)
### The Grand Jury Further Charges That:

On or about March 26, 2020, in the Western District of New York, the defendant, **ROBERT FORBES, JR. a/k/a Ra Ra a/k/a Henny**, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 4 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully use, carry and brandish, and in furtherance of such crime, did knowingly and unlawfully possess and brandish, a firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.**

DATED:  Rochester, New York, October 15, 2020.

                                    JAMES P. KENNEDY, JR.
                                    United States Attorney

BY:   s/ROBERT A. MARANGOLA
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York 14614
        (585) 263-6760, ext. 23980
        Robert.marangola@usdoj.gov

A TRUE BILL:

s/FOREPERSON
FOREPERSON

4