

September 19, 2023

Hon. Frank Geraci
United States District Court Judge
United States District Court
100 State Street
Rochester, New York 14614

Re: USA v. Robert Forbes

May it please the Honorable Court,

I have received messages from Mr. Forbes asking that I request a three-week adjournment of his sentencing, currently scheduled for tomorrow. I have been out of the office and unable to speak to him directly about this.

There are two reasons that Mr. Forbes would like to adjourn the sentencing proceedings, both of which are centered his concerns of moving to a federal facility at this juncture. First, the Monroe County Jail staff is currently in possession of MR. Forbes' CPAP machine. There are some issues with the machine, and it is currently being repaired. Mr. Forbes has been told that this may take an additional three (3) weeks. Naturally, he is very concerned about being transported before he is able to get the CPAP machine back.

Additionally, Mr. Forbes has been addressing an outstanding warrant from the State of New Hampshire. While he has been assured that the matter has been dismissed, he has not yet received written authorization of this, and has concerns that if he is moved, he will not receive the documents.

Because of my inability to communicate directly with Mr. Forbes before sentencing tomorrow, I am unable to elaborate upon these issues. I am requesting the adjournment on behalf of my client. Should the court prefer, given the lateness of the request, we can put the request on the record tomorrow afternoon.

                                              Respectfully submitted,

                                              *Peter J. Pullano*

                                              Peter J. Pullano, Esq.

PJP/jwj